JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 4107**

Case No.

MAY 2 5 2007

**Rule 7.1 Statement**

Plaintiff Black Dog & Leventhal Publishers, Inc.

-v-

Black Dog Publishing Limited **and**

**Defendant**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Black Dog & Leventhal Publishers, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** 5-25-07

Signature of Attorney

**Attorney Bar Code:** MW-5954

Form Rule7_1.pdf