UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Black Dog & Leventhal Publishers, Inc., a New York Corporation,<br><br>Plaintiff,<br><br>V.<br><br>Black Dog Publishing Limited, a United Kingdom Company,<br><br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br><br>07 CV 4107 (RWS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**25th day of May, 2007**

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**25th day of May, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8399 7980 0642**

_J. Michael McMahon_
CLERK

Dated: New York, NY

# COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DEBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

May 25, 2007
mweisz@cdas.com

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9220 SUNSET BLVD. STE. 224

[FedEx International Air Waybill form, handwritten:

From: Date 05/25/07, Sender's FedEx Account Number 1098-6364-5
Sender's Name: MASON A. WEISZ, ESQ., Phone 212 974-7474
Company: COWAN DEBAETS ABRAHAMS
Address: 41 MADISON AVE FL 34
City: NEW YORK, State NY
Country: USA, ZIP 100102209

To: Recipient's Phone 020 7613 1922
Company: BLACK DOG PUBLISHING, LTD.
Address: Unit 4.04 Tea Building
Address: 56 Shoreditch High Street
City: London
Country: England, ZIP E1 6JJ

Tracking Number: 8399 7980 0642

Commodity Description: LEGAL DOCUMENTS
Value for Customs: $5.00 (NCV)
Date Executed: 5-25-07
Internal Billing Reference: Black Dog Publishing]

TEL: (212) 974-7474    FAX: (212) 974-8474    WEB: www.cdas.com    E-MAIL: cdas@cdas.com
{A059868.DOC/1}