Sweet, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
Black Dog & Leventhal Publishers, Inc., a New  :  ECF Case
York corporation,                              :
                                               :  Civil Action No. 07 Civ. 4107 (RWS)
                    Plaintiff,                 :
                                               :
        -against-                              :
                                               :
Black Dog Publishing Limited, a United Kingdom :
company,                                       :
                                               :
                    Defendant.                 :
                                               :
------------------------------------------------- x



### PLAINTIFF'S VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby dismisses the claims made in this action with prejudice, according to the terms of a Settlement Agreement with Defendants.

Dated: New York, New York
       October 10, 2007

Respectfully submitted,

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

By: _____
    Toby M.J. Butterfield (TB-8599)
    Mason A. Weisz (MW-5954)

41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Telecopier: (212) 974-8474

*Attorneys for Plaintiff Black Dog
& Leventhal Publishers, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

SO ORDERED:

_____
U.S.D.J.
10.15.07

{A060696.DOC\1}